Maureen T. Coghlan
**ARCHER & GREINER P.C.**
1025 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (856) 354-3034
mcoghlan@archerlaw.com

*Attorney for Plaintiffs*
*Guy A. Shaked Investments Ltd*
*and DAFNI Hair Products, Ltd.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| GUY A. SHAKED INVESTMENTS, LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ONTEL PRODUCTS CORPORATION,<br><br>Defendant. | Case No.: 1:20-cv-09901-RMB-AMD<br><br>Hon. Renée Marie Bumb<br>Hon. Elizabeth A. Pascal<br><br>**LOCAL RULE 7.1.1. DISCLOSURE STATEMENT** |

Pursuant to Local Rule 7.1.1, counsel for Plaintiffs in the above-captioned matter, without waiver of any rights and over objection to the disclosure mandated by this rule, hereby states as follows:

1. Mossco Capital Inc., incorporated and registered in Canada with registered office at 33 Charles Street East, Suite 3604, Toronto, Ontario, Canada.

2. The funder's approval is not necessary for litigation decisions or settlement decisions in the action and the funder has no authority to make litigation or settlement decisions.

3. The funder provides non-recourse funding for a contingent financial interest based upon the results of the litigation.

Dated:  December 8, 2022

*s/Maureen T. Coghlan*

Maureen T. Coghlan
ARCHER & GREINER P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (856) 354-3034
mcoghlan@archerlaw.com

Michael A. Morin (pro hac vice)
Kevin C. Wheeler (pro hac vice)
LATHAM & WATKINS, LLP
555 11th St., NW, #1000
Washington, DC 20004
Tel: (202) 637-2200
*michael.morin@lw.com*
*kevin.wheeler@lw.com*

Ann Marie Wahls (pro hac vice)
Raj Patel (pro hac vice)
LATHAM & WATKINS, LLP
330 N. Wabash Ave.
Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
*annmarie.wahls@lw.com*
*raj.patel@lw.com*

*Attorneys for Plaintiffs Guy A. Shaked Investments Ltd. and Dafni Hair Products, Ltd.*