[ECF No. 253]

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GUY A. SHAKED INVESTMENTS, LTD. and DAFNI HAIR PRODUCTS, LTD.,**<br><br>**Plaintiffs,**<br>v.<br><br>**ONTEL PRODUCTS CORPORATION,**<br><br>**Defendant.** | No. 1:20-cv-09901-RMB-EAP |

## ORDER

**AND NOW**, this **3rd** day of **June**, 2024, in consideration of the Motion for Leave to Withdraw the *Pro Hac Vice* Appearance of Raj Patel, **IT IS ORDERED** that this motion is **GRANTED**.

Hon. Elizabeth A. Pascal, U.S.M.J.