

**Maureen T. Coghlan**
*Member of New Jersey and Pennsylvania Bar*
mcoghlan@archerlaw.com
856-354-3034 Direct
856-795-0574 Direct Fax

Archer & Greiner, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
856-795-2121 Main
856-795-0574  Fax
www.archerlaw.com

June 28, 2024

**VIA ECF**

Honorable Renée Marie Bumb, C.U.S.D.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

   **Re**: *Guy A. Shaked Investments, Ltd., et al. v. Ontel Products Corp.*
      **Docket No. 1:20-cv-9901 (RMB-EAP)**

Dear Chief Judge Bumb:

  This firm is counsel to Plaintiffs Guy A. Shaked Investments, Ltd. and DAFNI Hair Products, Ltd., (collectively "DAFNI") in the above-referenced matter.  We write jointly with counsel for Defendant Ontel Products Corporation ("Ontel") to request an additional extension regarding the parties' Joint Status Report.  The Court previously extended the deadline for a Joint Status Report to May 31, 2024 (*see* ECF 247) and then again to June 28, 2024.  *See* ECF 251.  The parties respectfully request additional time to continue discussions and propose that the parties provide the Court with a Joint Status Report by **July 29, 2024**.

  If this request meets with the Court's approval, we ask that Your Honor please enter "So Ordered" below.  We thank the Court for consideration of this request.

                Respectfully submitted,

                *s/ Maureen T. Coghlan*

                MAUREEN T. COGHLAN

MTC

cc:  All counsel of record via ECF

Honorable Renée Marie Bumb, C.U.S.D.J.
June 28, 2024
Page 2

It is SO ORDERED as of this <u>1st</u> day of July, 2024.

_____
HON. RENÉE MARIE BUMB, C.U.S.D.J.