

**Maureen T. Coghlan**
*Member of New Jersey and Pennsylvania Bar*
mcoghlan@archerlaw.com
856-354-3034 Direct
856-795-0574 Direct Fax

Archer & Greiner, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
856-795-2121 Main
856-795-0574  Fax
www.archerlaw.com

July 29, 2024

**VIA ECF**

Honorable Renée Marie Bumb, C.U.S.D.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

   **Re**: *Guy A. Shaked Investments, Ltd., et al. v. Ontel Products Corp.*
      **Docket No. 1:20-cv-9901 (RMB-EAP)**

Dear Chief Judge Bumb:

  This firm is counsel to Plaintiffs Guy A. Shaked Investments, Ltd. and DAFNI Hair Products, Ltd., (collectively "DAFNI") in the above-referenced matter.  We write jointly with counsel for Defendant Ontel Products Corporation ("Ontel") to provide a status update.  Although the parties have been productively discussing an amicable resolution of this litigation over the preceding months, continued progress toward potential resolution appears unlikely at this time.  Accordingly, Ontel believes that it is now an appropriate time to resume the underlying litigation.  DAFNI respectfully requests an additional 45 days to continue discussions and because DAFNI, a family company based outside of the United States, is actively engaged in retaining new litigation counsel. DAFNI proposes that the parties jointly report back to the Court by **September 12, 2024**.  Rather than setting another joint report date, Ontel respectfully requests that the Court establish a date certain on which the case will resume, as more than 30 days have already elapsed since DAFNI's prior litigation counsel moved to withdraw from this litigation (*see* ECF Nos. 257 and 258).

  If DAFNI's request meets with the Court's approval, we ask that Your Honor please

Honorable Renée Marie Bumb, C.U.S.D.J.
July 29, 2024
Page 2

enter "So Ordered" below.  We thank the Court for consideration of this request.

                                                         Respectfully submitted,

                                                         *s/ Maureen T. Coghlan*

                                                         MAUREEN T. COGHLAN

MTC

cc:      All counsel of record via ECF


It is SO ORDERED as of this ____ day of July, 2024.


_____

HON. RENÉE MARIE BUMB, C.U.S.D.J.

229164001 v1