**Maureen T. Coghlan**
*Member of New Jersey and Pennsylvania Bar*
mcoghlan@archerlaw.com
856-354-3034 Direct
856-795-0574 Direct Fax

Archer & Greiner, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
856-795-2121 Main
856-795-0574 Fax
www.archerlaw.com

November 11, 2024

**VIA ECF**

Honorable Renée Marie Bumb, C.U.S.D.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

>**Re**: *Guy A. Shaked Investments, Ltd., et al. v. Ontel Products Corp.*
>**Docket No. 1:20-cv-9901 (RMB-EAP)**

Dear Chief Judge Bumb:

  This firm is counsel to Plaintiffs Guy A. Shaked Investments, Ltd. and DAFNI Hair Products, Ltd., (collectively "DAFNI") in the above-referenced matter. We write jointly with counsel for Defendant Ontel Products Corporation ("Ontel") to provide a status update.

  DAFNI recently retained Dunlap, Bennett & Ludwig to represent DAFNI in this matter and submitted a motion seeking *pro hac vice* admission for counsel. To allow new counsel sufficient time to get up to speed in the litigation and for further discussions with Ontel, DAFNI respectfully requests that the parties submit a joint status report in 60 days. Accordingly, DAFNI proposes that the parties jointly report back to the Court by **January 10, 2025**.

  As set forth in the parties' prior status letters dated July 29, 2024 and September 12, 2024, Ontel continues to seek resumption of the litigation without unnecessary delay. Accordingly, and in view of the appearance of Dafni's new litigation counsel, Ontel respectfully requests that the Court establish a date-certain on which the case will resume rather than setting another joint report date. Ontel believes that such action is appropriate given the significant time that has already elapsed since the present stay began.

Honorable Renée Marie Bumb, C.U.S.D.J.
November 11, 2024
Page 2

      If DAFNI's request meets with the Court's approval, we ask that Your Honor please enter "So Ordered" below.  We thank the Court for consideration of this request.

      Respectfully submitted,

      *s/ Maureen T. Coghlan*

      MAUREEN T. COGHLAN

MTC

cc:    All counsel of record via ECF

It is SO ORDERED as of this ___ day of November, 2024.

_____

HON. RENÉE MARIE BUMB, C.U.S.D.J.